UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ANGELA DELORES WILLIAMS<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-12177-MDC |

## CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 9th day of January, 2024 by first class mail upon those listed below:

ANGELA DELORES WILLIAMS
450 GERMANTOWN PIKE
SUITE 3
LAFAYETTE HILL, PA  19444

**Electronically via ECF/System ONLY:**

MICHAEL A. CIBIK, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

 

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee