| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Angela Delores Williams** |
| Debtor 2 | |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | |
| Case Number **22-12177-mdc**    Chapter 13 | |

☐ Check if this is an amended filing

## Debtor's Motion to Modify Confirmed Chapter 13 Plan

The Debtor in this case wishes to modify their confirmed chapter 13 plan. If this is a joint case, the word Debtor means both debtors.

### Part 1:  Information About the Debtor's Case and Current Plan

1. **Date case filed:**  **August 19, 2022**

2. **Date plan last approved:**  **January 6, 2023**    ☒ Original  ☐ Modified

### Part 2:  Information About the Proposed Plan

3. **ECF No. of proposed plan:**  32

4. **Purpose:**  (check all that apply)
   - ☒ Cure delinquency
   - ☐ Cure infeasibility
   - ☐ Recently filed/amended claim
   - ☒ Payment of attorney fees
   - ☒ Other **Surrender vehicle**

### Part 3:  Legal Argument

5. **Changing circumstances:** (the facts)  Upon information and belief, the Debtor's financial circumstances have changed since the current plan was approved, as follows:

   > **The vehicle being paid for through the current plan is not running well and needs to be replaced. The Debtor has filed a supplemental Schedule J showing monthly disposable income sufficient to pay the monthly plan payments required by the proposed plan.**

6. **Grounds for relief:** (the law)  As a matter of law, the Court must modify the Debtor's plan as proposed pursuant to 11 U.S.C §1329, L.B.R. 3015-5, and for the following reasons:

   > **The Debtor's changing financial circumstances are evidence that the Debtor can make the payments necessary under the proposed plan.**

### Part 4:  Motion

The Debtor moves the Court to grant relief in the form of order attached, and further in their favor if necessary and proper under the law.

_/s/ signature_
Signature of Attorney for Debtor

**January 25, 2024**
Date

**Michael I. Assad (#330937)**
Printed Name and Attorney ID

**Cibik Law, P.C.**
Firm Name

**1500 Walnut Street, Suite 900**
Number    Street

**215-735-1060**
Phone

**Philadelphia, PA 19102**
City, State, Zip

**mail@cibiklaw.com**
Email