| **Information to identify the case:** |
|---|
| Debtor 1  **Angela Delores Williams** |
| Debtor 2 |
| United States Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number **22-12177-mdc**                                    Chapter 13 |

## Order Granting Debtor's Motion to Modify Confirmed Chapter 13 Plan

Upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 32 is **APPROVED**.

Date:_____

                                                Magdeline D. Coleman
                                                Chief U.S. Bankruptcy Judge