| Information to identify the case: |
| --- |
| Debtor 1    **Angela Delores Williams** |
| Debtor 2 |
| United States Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number **22-12177-mdc**        Chapter 13 |

☐ Check if this is an
   amended filing

## Notice of Motion, Response Deadline, and Hearing Date

### Part 1:  Notice

The movant below has filed a motion with the court asking the court to grant judicial relief. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the movant's attorney.

**A hearing is scheduled to be held on the date below. If you do not want the court to grant the motion or if you want the court to consider your views, then you or your attorney must file a response on or before the response deadline.** The hearing on this contested matter will be an evidentiary hearing (unless the court orders otherwise). If the hearing is scheduled to be held by phone or Zoom, you may obtain access information by contacting the clerk or visiting the court's website at http://www.paeb.uscourts.gov.

**If you do not file a response to the motion,** the court may cancel the hearing and enter an order granting the relief requested in the motion. You may contact the clerk to find out if the hearing has been canceled because no one filed a response.

### Part 2:  Details About the Motion and Hearing

**Motion:**     **Debtor's Motion to Modify Confirmed Chapter 13 Plan**

**Response Deadline:**    **February 15, 2024**

**Chief Judge:**     **Magdeline D. Coleman**

**Hearing Date:**     **February 22, 2024**       **Time:**    **11:00 a.m.**

**Location:**     ☐ Robert N.C. Nix Sr. U.S. Courthouse    ☐ The Gateway Building    ☒ Phone
                 900 Market Street                    201 Penn Street, 4th Floor    ☐ Zoom
                 Philadelphia, PA 19107             Reading, PA 19601

**Movant:**     **Debtor**

**Movant's Attorney:**    **Michael I. Assad (#330937)**       **Firm:**    **Cibik Law, P.C.**

                           **1500 Walnut Street, Suite 900**       **Phone:** **215-735-1060**

                           **Philadelphia, PA 19102**           **Email:**    **mail@cibiklaw.com**

### Part 3:  How To File a Response or Contact the Clerk

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at the clerk's office. If you mail your response, you must mail it early enough so that it will be received by the clerk on or before the response deadline. On the same day that you file your response, you must send a copy of it to the movant's attorney.

Clerk's Office Philadelphia:       900 Market Street, Suite 400, Philadelphia, PA 19107       215-408-2800
Clerk's Office Reading:            201 Penn Street, Suite 103, Reading, PA 19601          610-208-5040