# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Angela Delores Williams,

              Debtor.

Case No. 22-12177-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD, VA 22119

American Credit Acceptance
961 East Main St.
Spartanburg, Sc 29302

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

NPRTO North-East, LLC
256 West Data Drive
Draper, UT 84020

NetCredit
Attn: Bankruptcy
175 W. Jackson Blvd, Ste 1000
Chicago, IL 60604

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

K. Jordan
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Capital One Auto Finance,
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Date: January 25, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com