# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Angela Delores Williams,

              Debtor.

Case No. 22-12177-mdc

Chapter 13

## Certificate of Service

    I certify that on this date I caused a true and correct copy of the Debtor's Amended Motion to Modify Chapter 13 Plan along to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: March 5, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com