| Information to identify the case: | |
|---|---|
| Debtor 1 | Angela Delores Williams |
| Debtor 2 | |

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case Number  22-12177-mdc                    Chapter 13

☐ Check if this is an
amended filing

## Certificate of No Response

| **Part 1:** | **Information About the Motion or Application** |
|---|---|

1. **Title:**      **Debtor's Motion to Modify Plan**

2. **Date Filed:**   **January 25, 2024**          **ECF No.: 34**

| **Part 2:** | **Information About the Notice of Motion or Application** |
|---|---|

3. **Date Filed:**   **January 25, 2024**          **ECF No.: 35**

4. **Response Date:** **February 15, 2024**

| **Part 3:** | **Certification** |
|---|---|

I certify that I have received no answer, objection, or other responsive pleading to the motion or application described above. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading appears to the motion or application thereon. Pursuant to the notice filed as described above, objections were to be filed and served no later than the date indicated above. I respectfully request that the proposed order attached to the pleading be entered at the earliest convenience of the Court.

/s/ Michael A. Cibik                          March 6, 2024
Signature of Attorney                         Date

Michael A. Cibik                              Cibik Law, P.C.
Printed Name and Attorney ID                  Firm Name

1500 Walnut Street, Suite 900                 215-735-1060
Number   Street                               Phone

Philadelphia, PA 19102                        mail@cibiklaw.com
City, State, Zip                              Email