# Cibik Law, P.C.                                                    INVOICE

1500 Walnut Street, Suite 900                                       Invoice # 1
Philadelphia, PA 19102                                              Date: 02/26/2025

Angela Williams
450 Germantown Pike, Suite 3
Lafayette Hill, PA 19444

## 2405-Williams

## Bankruptcy 22-12177

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 01/09/2024 | MA | A104 Review/analyze B110 Case Administration: Reviewed trustee's motion to dismiss case and client's payment history via the National Data Center | 0.30 | $105.00 |
| 01/09/2024 | MA | A106 Communicate (with client): Discussed filing of motion to dismiss with client, discussed client's payment history, advised them of options, discussed next steps, reached decision to move forward with motion to modify | 0.80 | $280.00 |
| 01/25/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify, modified chapter 13 plan, and supplement to schedule i/j | 1.10 | $385.00 |
| 01/25/2024 | IR | A111 Other B110 Case Administration: Filed motion to modify, modified chapter 13 plan, and supplement to schedule i/j | 0.10 | $15.00 |
| 03/05/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted amended motion to modify | 0.20 | $70.00 |
| 03/05/2024 | IR | A111 Other B110 Case Administration: Filed amended motion to modify | 0.10 | $15.00 |
| 03/06/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed certificate of no response to motion to modify | 0.10 | $15.00 |
| 02/26/2025 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.30 | $105.00 |
| 02/26/2025 | IR | A111 Other B110 Case Administration: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | | **3.1** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 2.4 | $350.00 | $840.00 |
| Edward Gruber | Deputy Attorney | 0.3 | $350.00 | $105.00 |

| | | | | |
|---|---|---|---|---|
| Iesha Reid | Senior Paralegal | 0.4 | $150.00 | $60.00 |
| | | | **Quantity Total** | **3.1** |
| | | | **Subtotal** | **$1,005.00** |
| | | | **Total** | **$1,005.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | | $1,005.00 | $0.00 | $1,005.00 |
| | | | **Outstanding Balance** | **$1,005.00** |
| | | | **Amount Requested** | **$1,000.00** |