**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Angela Delores Williams,<br><br>        *Debtor*. | Chapter 13<br>Case No. 22-12177-AMC |

  I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

  Kenneth E. West (CM/ELF)

  U.S. Trustee (CM/ELF)

  Angela Williams
  450 Germantown Pike, Suite 3
  Lafayette Hill, PA 19444


Dated: February 26, 2025      CIBIK LAW, P.C.
                *Attorney for Debtor*

                By: /s/ Michael A. Cibik
                  Michael A. Cibik (#23110)
                  1500 Walnut Street, Suite 900
                  Philadelphia, PA 19102
                  215-735-1060
                  help@cibiklaw.com