**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Angela Delores Williams,                              Chapter 13

       Debtor                                    Case No.22-12177

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| Old Address: | New Address: |
|---|---|
| 450 Germantown Pike | 450 Germantown Pike |
| Suite 3 | Suite 4 |
| Philadelphia, PA 19120 | Philadelphia, PA 19126 |

Date:  March 24, 2025                    CIBIK LAW, P.C.
                                         Attorney for Debtor

                                         By: /s/ Michael A. Cibik
                                             Michael A. Cibik, Esquire
                                             Attorney I.D. 23110
                                             1500 Walnut Street, Suite 900
                                             Philadelphia, PA 19102
                                             P: 215-735-1060/F: 215-735-6769
                                             E:  cibik@cibiklaw.com