Certificate Number: 16339-PAE-DE-041218406

Bankruptcy Case Number: 22-12177



16339-PAE-DE-041218406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 3:38 o'clock PM EDT, Angela Williams completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    July 17, 2026                        By:      /s/Kris Krumal

Name:  Kris Krumal

Title:    Certified Financial Counselor