United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12177-djb |
| Angela Delores Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 20, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela Delores Williams, 450 Germantown Pike, Suite 4, Philadelphia, PA 19126 |
| 14716423 | + | Citi Bank, Citi Cards PO Box 183054, Columbus, OH 43218-3054 |
| 14716428 | + | Dr. Allyson Abbott, 2050 Butler Pike, Suite 300, Plymouth Meeting, PA 19462-1800 |
| 14716444 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14716446 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14716451 | + | SRA Collection Agency, 112 W Park Dr., Suite 200, Mt Laurel Township, NJ 08054-1261 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 21 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14716418 | + | Email/Text: bkinfo@ccfi.com | Jul 21 2026 00:34:00 | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 14716419 | + | Email/Text: bankruptcy@acacceptance.com | Jul 21 2026 00:34:00 | American Credit Acceptance, 961 East Main St., Spartanburg, Sc 29302-2149 |
| 14716420 | + | Email/Text: rperez@arcadiarecovery.com | Jul 21 2026 00:34:00 | Arcadia Recovery, 645 Penn St. 4th Fl, Reading, PA 19601-3559 |
| 14716424 | | Email/Text: megan.harper@phila.gov | Jul 21 2026 00:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14716427 | | Email/Text: collections@curich.org | Jul 21 2026 00:34:00 | Cu Richmond, Po Box 26024, Richmond, VA 23261 |
| 14716421 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2026 00:39:24 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14716422 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 21 2026 00:39:33 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14715919 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2026 00:39:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14728474 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2026 00:39:33 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14716425 | + | Email/Text: bankruptcy@philapark.org | Jul 21 2026 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14716426 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

| | | | |
|---|---|---|---|
| | | Jul 21 2026 00:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14715076 | + Email/Text: ecfnotices@lawplc.com | | |
| | | Jul 21 2026 00:34:00 | Credit Union of Richmond Incorporated, c/o Edward S. Whitlock, III, Esq., Lafayette, Ayers & Whitlock, PLC, 10160 Staples Mill Road, Suite 105, Glen Allen, VA 23060-3447 |
| 14716429 | Email/Text: bankruptcycourts@equifax.com | | |
| | | Jul 21 2026 00:34:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14716430 | ^ MEBN | | |
| | | Jul 21 2026 00:29:21 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14716433 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Jul 21 2026 00:34:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14716431 | + Email/Text: bankruptcy@firstelectronic.com | | |
| | | Jul 21 2026 00:34:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14716432 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 21 2026 00:39:25 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14716434 | + Email/Text: crdept@na.firstsource.com | | |
| | | Jul 21 2026 00:34:00 | First Source, 205 Bryant Woods S., Buffalo, NY 14228-3609 |
| 14716435 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jul 21 2026 00:34:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14716436 | + Email/Text: argbsref@geico.com | | |
| | | Jul 21 2026 00:34:00 | Geico, One Geico Plaza, Bethesda, MD 20810-0002 |
| 14716437 | + Email/Text: bankruptcy@hsn.net | | |
| | | Jul 21 2026 00:34:00 | HSN, 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 14716438 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 21 2026 00:34:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14728455 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jul 21 2026 00:34:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14716439 | Email/Text: govtaudits@labcorp.com | | |
| 14716440 | Email/Text: support@ljross.com | Jul 21 2026 00:34:00 | Lab Corp., P.O. Box 2240, Burlington, NC 27216 |
| | | Jul 21 2026 00:34:00 | LJ Ross Assoc, 4 Universal Way, PO Box 6099, Jackson, MI 49204-6099 |
| 14717004 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 21 2026 00:39:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14716442 | Email/Text: bankruptcy@mobiloans.com | | |
| | | Jul 21 2026 00:34:00 | Mobiloans, LLC, Attn: Bankruptcy, PO Box 1409, Marksville, LA 71351 |
| 14716441 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jul 21 2026 00:34:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14728454 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jul 21 2026 00:34:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14717848 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jul 21 2026 00:34:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14727053 | + Email/Text: ecfbankruptcy@progleasing.com | | |
| | | Jul 21 2026 00:34:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14716443 | + Email/Text: netcreditbnc@enova.com | | |
| | | Jul 21 2026 00:34:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 14716447 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 21 2026 00:34:00 | PNC Bank, Recovery Department, PO Box 5570, Cleveland, OH 44101 |
| 14716445 | + Email/Text: bankruptcy@philapark.org | | |
| | | Jul 21 2026 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14725099 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 21 2026 00:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

|  |  |  | 56302-7999 |
|---|---|---|---|
| 14716448 | + Email/Text: ecfbankruptcy@progleasing.com | Jul 21 2026 00:34:00 | Progressiive Leasing, 256 W. Data Drive, Draper, UT 84020-2315 |
| 14716449 | + Email/Text: BKMailbox@QVC.com | Jul 21 2026 00:34:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 14726335 | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2026 00:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14726043 | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2026 00:34:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14716450 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2026 00:39:26 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14728453 | + Email/Text: bankruptcy@sccompanies.com | Jul 21 2026 00:34:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14716452 | Email/Text: DASPUBREC@transunion.com | Jul 21 2026 00:34:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14716453 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 21 2026 00:34:00 | US Bank, PO box 5229, Cincinnati OH 45201 |
| 14728357 | + Email/PDF: ebn_ais@aisinfo.com | Jul 21 2026 00:39:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14716454 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 21 2026 00:34:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Angela Delores Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co |

District/off: 0313-2                                    User: admin                                         Page 4 of 4
Date Rcvd: Jul 20, 2026                                Form ID: 138OBJ                                   Total Noticed: 53

m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 138OBJ* (6/24)–doc 60 – 54

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
  Angela Delores Williams                )          Case No. 22–12177–djb
  aka Angela Burke                           )
                                             )
  Debtor(s).                                    )          Chapter: 13
                                             )
                                             )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 20, 2026                                    For The Court

                                                           Mohung Wong
                                                           Clerk of Court