United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-12177-djb

Angela Delores Williams                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 4
Date Rcvd: Aug 07, 2026                       Form ID: 3180W                          Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela Delores Williams, 450 Germantown Pike, Suite 4, Philadelphia, PA 19126 |
| 14716423 | + | Citi Bank, Citi Cards PO Box 183054, Columbus, OH 43218-3054 |
| 14716428 | + | Dr. Allyson Abbott, 2050 Butler Pike, Suite 300, Plymouth Meeting, PA 19462-1800 |
| 14716444 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14716446 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14716451 | + | SRA Collection Agency, 112 W Park Dr., Suite 200, Mt Laurel Township, NJ 08054-1261 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2026 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 08 2026 05:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14716418 | + | Email/Text: bkinfo@ccfi.com | Aug 08 2026 01:47:00 | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 14716419 | + | Email/Text: bankruptcy@acacceptance.com | Aug 08 2026 01:47:00 | American Credit Acceptance, 961 East Main St., Spartanburg, Sc 29302-2149 |
| 14716420 | + | Email/Text: rperez@arcadiarecovery.com | Aug 08 2026 01:47:00 | Arcadia Recovery, 645 Penn St. 4th Fl, Reading, PA 19601-3559 |
| 14716424 | | Email/Text: megan.harper@phila.gov | Aug 08 2026 01:47:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14716427 | | Email/Text: collections@curich.org | Aug 08 2026 01:46:00 | Cu Richmond, Po Box 26024, Richmond, VA 23261 |
| 14716421 | + | EDI: CAPITALONE.COM | Aug 08 2026 05:46:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14716422 | + | EDI: CAPONEAUTO.COM | Aug 08 2026 05:46:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14715919 | + | EDI: AISACG.COM | Aug 08 2026 05:46:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14728474 | + | EDI: AISACG.COM | Aug 08 2026 05:46:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14716425 | + | Email/Text: bankruptcy@philapark.org | Aug 08 2026 01:47:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14716426 | + | EDI: CCS.COM | | |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Aug 07, 2026 | Form ID: 3180W | Total Noticed: 53

| ID | | Method/Email | Date/Time | Address |
|---|---|---|---|---|
| | | | Aug 08 2026 05:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14715076 | + | Email/Text: ecfnotices@lawplc.com | Aug 08 2026 01:47:00 | Credit Union of Richmond Incorporated, c/o Edward S. Whitlock, III, Esq., Lafayette, Ayers & Whitlock, PLC, 10160 Staples Mill Road, Suite 105, Glen Allen, VA 23060-3447 |
| 14716429 | | Email/Text: bankruptcycourts@equifax.com | Aug 08 2026 01:47:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14716430 | ^ | MEBN | Aug 08 2026 01:44:26 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14716433 | | Email/Text: BNSFS@capitalsvcs.com | Aug 08 2026 01:46:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14716431 | + | Email/Text: bankruptcy@firstelectronic.com | Aug 08 2026 01:47:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14716432 | + | EDI: AMINFOFP.COM | Aug 08 2026 05:46:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14716434 | + | Email/Text: crdept@na.firstsource.com | Aug 08 2026 01:47:00 | First Source, 205 Bryant Woods S., Buffalo, NY 14228-3609 |
| 14716435 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 08 2026 01:46:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14716436 | + | Email/Text: argbsref@geico.com | Aug 08 2026 01:47:00 | Geico, One Geico Plaza, Bethesda, MD 20810-0002 |
| 14716437 | + | Email/Text: bankruptcy@hsn.net | Aug 08 2026 01:47:00 | HSN, 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 14716438 | | EDI: IRS.COM | Aug 08 2026 05:46:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14728455 | + | EDI: CBS7AVE | Aug 08 2026 05:46:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14716439 | | Email/Text: govtaudits@labcorp.com | Aug 08 2026 01:47:00 | Lab Corp., P.O. Box 2240, Burlington, NC 27216 |
| 14716440 | | Email/Text: support@ljross.com | Aug 08 2026 01:47:00 | LJ Ross Assoc, 4 Universal Way, PO Box 6099, Jackson, MI 49204-6099 |
| 14717004 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2026 01:52:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14716442 | | Email/Text: bankruptcy@mobiloans.com | Aug 08 2026 01:46:00 | Mobiloans, LLC, Attn: Bankruptcy, PO Box 1409, Marksville, LA 71351 |
| 14716441 | + | EDI: CBS7AVE | Aug 08 2026 05:46:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14728454 | + | EDI: CBS7AVE | Aug 08 2026 05:46:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14717848 | + | EDI: NFCU.COM | Aug 08 2026 05:46:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14727053 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 08 2026 01:47:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14716443 | + | Email/Text: netcreditbnc@enova.com | Aug 08 2026 01:47:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 14716447 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 08 2026 01:46:00 | PNC Bank, Recovery Department, PO Box 5570, Cleveland, OH 44101 |
| 14716445 | + | Email/Text: bankruptcy@philapark.org | Aug 08 2026 01:47:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14725099 | + | EDI: JEFFERSONCAP.COM | Aug 08 2026 05:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2026 | Form ID: 3180W | Total Noticed: 53 |

| | | | 56302-7999 |
|---|---|---|---|
| 14716448 | + Email/Text: ecfbankruptcy@progleasing.com | Aug 08 2026 01:47:00 | Progressiive Leasing, 256 W. Data Drive, Draper, UT 84020-2315 |
| 14716449 | + Email/Text: BKMailbox@QVC.com | Aug 08 2026 01:46:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 14726335 | EDI: Q3G.COM | Aug 08 2026 05:46:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14726043 | EDI: Q3G.COM | Aug 08 2026 05:46:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14716450 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2026 01:52:25 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14728453 | + EDI: CBS7AVE | Aug 08 2026 05:46:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14716452 | Email/Text: DASPUBREC@transunion.com | Aug 08 2026 01:46:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14716453 | EDI: USBANKARS.COM | Aug 08 2026 05:46:00 | US Bank, PO box 5229, Cincinnati OH 45201 |
| 14728357 | + EDI: AIS.COM | Aug 08 2026 05:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14716454 | + EDI: VERIZONCOMB.COM | Aug 08 2026 05:46:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | |

District/off: 0313-2                          User: admin                                Page 4 of 4
Date Rcvd: Aug 07, 2026                     Form ID: 3180W                          Total Noticed: 53

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

on behalf of Debtor Angela Delores Williams help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angela Delores Williams | Social Security number or ITIN   xxx–xx–8610 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   22–12177–djb

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela Delores Williams
aka Angela Burke

8/6/26

**By the court:** Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2